UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff                )
                                 )    Case No. 3:13-MJ-3209
v.                               )    Magistrate Judge Brown
                                 )
CIRILO LOPEZ CARRILLO,           )
                                 )
        Defendant                )
```

**O R D E R**

This case was originally set for a detention hearing on May 2, 2013, at 11:00 a.m. The Magistrate Judge was advised that the Defendant in the matter had been housed by the United States Marshal Service with Davidson County authorities. The Magistrate Judge was further notified that Metro had turned the Defendant over to agents of Immigration Custom Enforcement (ICE) and that they had transported the Defendant to Alabama as part of a deportation process.

The matter is reset for a hearing at **11:00 a.m., Monday, May 6, 2013**. The United States is directed to have present at the hearing appropriate individuals who can explain how a defendant in federal custody on the present charges was transported by ICE out of this district.

It is so **ORDERED**.

                                              /s/ Joe B. Brown  
                                              Joe B. Brown  
                                              United States Magistrate Judge